**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 183 MAL 2021 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| v. | : | from the Order of the Superior Court |
| | : | |
| | : | |
| JAMAL WALLACE, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of December, 2021, the Petition for Allowance of Appeal is **GRANTED**, limited to the following issue, as phrased by Petitioner:

(1) Whether the Superior Court erred in deciding in a matter of first impression that GPS records are not hearsay because they do not constitute statements[.]